

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00456-CR

Martin **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8369
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was due by August 12, 2022 and was not filed. On August 15, 2022, the district clerk filed a notification of late record requesting a one week extension to file the record. After consideration, we **grant** the request and **order** the clerk's record due **by August 19, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court